## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL NO. 224, et al. | * | CASE NO. 3:13-CV-053 |
| | * | |
| Plaintiffs/Judgment Creditors, | | DISTRICT JUDGE RICE |
| | * | |
| vs. | | MAGISTRATE JUDGE MERZ |
| | * | |
| GAINES MECHANICAL, | | **ORDER FOR DISBURSEMENT OF** |
| | * | **GARNISHMENT FUNDS** |
| Defendant/Judgment Debtor. | | |

The Clerk of Courts is hereby **ORDERED** to disburse the garnishment funds received

from Garnishee Fifth Third Bank which are held on deposit in this case to the Plaintiffs Sheet

Metal Workers Local No. 224, et al. The proceeds shall be payable as follows:

**Payable to: Sheet Metal Workers Local 224 Welfare Fund**
c/o Rena G. Sauer
Attorney for Plaintiffs
Ledbetter, Parisi, Sollars, LLC
9240 Marketplace Drive
Miamisburg, Ohio 45342

**IT IS SO ORDERED**.

3-25-15
Date

United States ~~Magistrate~~ Judge ~~Merz~~
District Rice

1